**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01575-CV

**WILLIAM T. DICKSON, Appellant**

**V.**

**BNSF RAILWAY COMPANY AND FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS, P.C., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 12-02048**

## ORDER

We **GRANT** appellee BNSF Railway Company's June 22, 2015 unopposed motion for

extension of time to file brief and **ORDER** the brief be filed no later than July 22, 2015.

/s/  CRAIG STODDART
    JUSTICE